279 So.2d 552

**In re Carson KELSOE**

**v.**

**STATE.**

**Ex parte Carson Kelsoe.**

**SC 408.**

Supreme Court of Alabama.

June 21, 1973.

Jerry L. Cruse, Montgomery, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Carson Kelsoe for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Kelsoe v. State, 50 Ala.App. 378, 279 So.2d 549.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

282 So.2d 392

**In re Deborah Renee KENNY, alias**

**v.**

**STATE.**

**Ex parte Deborah Renee Kenny, alias Rene Kenny.**
**SC 469.**

Supreme Court of Alabama.

Aug. 30, 1973.

Ian F. Gaston, and J. D. Quinlivan, Jr., Mobile, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Deborah Renee Kenny for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Kenny, alias v. State, 51 Ala.App. 35, 282 So.2d 387.

Writ Denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.